

# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH

25 JUN 03 AM 11:47

DISTRICT OF UTAH

BY: _____
    DEPUTY CLERK

| | |
|---|---|
| Steimke | : |
| | : CERTIFICATE OF |
| | SELECTION OF DISPUTE |
| vs. | : RESOLUTION OPTION |
| | UNDER DUCivR 16-2(d) |
| | : |
| Davis, et al. | |
| | : Case No. 2:03-cv-00487 |
| | Judge Kimball |

The Attorney in the above-captioned case hereby certifies that, having carefully discussed the Court's ADR program with the Parties listed below, the Parties elect to proceed as follows [check one]:

___ Refer case to arbitration;

___ Refer case to mediation;

_✓_ Retain case in Court's traditional litigation track.

Dated this ___ day of _____, 20___.

_____
Signature of Attorney

STEPHEN QUESENBERRY  (8073)

HILL, JOHNSON & SCHMUTZ

3319 N. UNIV. AVE.

PROVO, UT 84604

Names of Parties represented by Attorney        Name, Utah State Bar Number and Address of Attorney

10

## CERTIFICATE OF MAILING

The undersigned hereby certifies that on the 23 day of June, 2003, they caused a true and correct copy of the foregoing Certificate of Selection of Dispute Resolution Option Under DUCivR 16-2(d) to be delivered to the following:

David M. Wahlquist
Kirton & McConkie
1800 Eagle Gate Tower
60 East South Temple
PO Box 45120
Salt Lake City, Utah 84145-0120

Mark. D. Stubbs
Fillmore, Belliston, Sheffield, Madsen & Stubbs
4692 North 300 West, Suite 200
Provo, Utah 84604

Sent Via:
_____ Hand -Delivery
_____ Facsimile
__✓___ Mailed (postage prepaid)