RECEIVED CLERK

FILED
2004 JUL -6 A 11:42

U.S. DISTRICT COURT
DISTRICT OF UTAH

**STEPHEN QUESENBERRY (8073)**
**HILL, JOHNSON & SCHMUTZ, L.C.**
Jamestown Square
3319 North University Avenue
Provo, Utah 84604
Telephone (801) 375-6600

**Attorneys for Defendants Frank L. Davis, Harvest Marketing, LLC, and First Harvest, LLC**

IN THE UNITED STATES DISTRICT COURT
STATE OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| JENNIFER STEIMKE, as trustee of the ODETTE GRAHAM TRUST, sole beneficiary of the MICHELON FAMILY TRUST, and sole devisee and representative of the ESTATE OF LYNDA STEIMKE MICHELON, <br><br> Plaintiffs, <br><br> JAE FORSCHEN, DAVID J. ORR, individually and dba WORLD CONTRACTUAL SERVICES, HARVEST MARKETING, L.L.C., FIRST HARVEST MARKETING, L.L.C., FRANK L. DAVIS, and JOHN DOES 1 through 10, <br><br> Defendants. | **STIPULATED MOTION TO DISMISS PLAINTIFFS' RICO CLAIMS AGAINST DEFENDANTS, FRANK L. DAVIS, HARVEST MARKETING, L.L.C., and FIRST HARVEST MARKETING, L.L.C.** <br><br><br><br><br><br><br><br> Case No. 2:03CV00487 DAK <br><br> Judge Dale A. Kimball |

The parties, by and through their respective counsel, hereby stipulate to move the Court to dismiss with prejudice all of Plaintiffs' RICO causes of action against Defendants Frank L. Davis, Harvest Marketing, L.L.C., and First Harvest Marketing, L.L.C.



DATED this 29 day of June, 2004.

HILL, JOHNSON & SCHMUTZ, L.C.

_____
J. Bryan Quesenberry
Attorneys for Defendants

DATED this 2nd day of July, 2004.

Kirton & McConkie

_____
David M. Wahlquist
James E. Ellsworth
Attorneys for Plaintiffs

2