**STEPHEN QUESENBERRY (8073)**
**J. BRYAN QUESENBERRY (9156)**
**HILL, JOHNSON & SCHMUTZ, L.C.**
Jamestown Square
3319 North University Avenue
Provo, Utah 84604
Telephone (801) 375-6600

**Attorneys for Defendants Frank L. Davis, Harvest Marketing, LLC, and First Harvest, LLC**

IN THE UNITED STATES DISTRICT COURT
STATE OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| JENNIFER STEIMKE, as trustee of the ODETTE GRAHAM TRUST, sole beneficiary of the MICHELON FAMILY TRUST, and sole devisee and representative of the ESTATE OF LYNDA STEIMKE MICHELON, <br><br> Plaintiffs, <br><br> JAE FORSCHEN, DAVID J. ORR, individually and dba WORLD CONTRACTUAL SERVICES, HARVEST MARKETING, L.L.C., FIRST HARVEST MARKETING, L.L.C., FRANK L. DAVIS, and JOHN DOES 1 through 10, <br><br> Defendants. | **MOTION FOR LEAVE TO FILE A LENGTHY MEMORANDUM** <br><br><br><br><br><br><br><br> Case No. 2:03CV00487 DAK <br><br> Judge Dale A. Kimball |

Defendants, by and through counsel and pursuant to DUCivR 7-1(e), respectfully move the Court for leave to file a memorandum in response to Plaintiffs' Memorandum in Opposition to Second Motion for Summary Judgment ("Opposition Memorandum") which exceeds the

**39**

standard page limitation.

## ARGUMENT

Defendants seek leave to file a memorandum of 17 pages (argument section only). Defendants' memorandum is lengthy because (1) it addresses the 24 pages of facts in Plaintiffs' Opposition Memorandum, (2) addresses the 22 pages of argument in the Opposition Memorandum, and (3) discusses and analyzes Plaintiffs' 12 causes of action against Defendants and sets forth the law and facts why said causes of action should be dismissed.

For these reasons, Defendants respectfully request that their Motion for Leave to File a Lengthy Memorandum be granted. A proposed form of Order Granting Leave to File Lengthy Memorandum is attached hereto as Exhibit A.

DATED this 23 day of September, 2004.

HILL, JOHNSON & SCHMUTZ, L.C.

Stephen Quesenberry
J. Bryan Quesenberry
Attorneys for Defendants

**CERTIFICATE OF MAILING**

The undersigned hereby certifies that on the 23 day of September, 2004, they caused a true and correct copy of the foregoing motion to be delivered to the following:

David M. Wahlquist
Kirton & McConkie
1800 Eagle Gate Tower
60 East South Temple
PO Box 45120
Salt Lake City, Utah 84145-0120

David J. Orr
5449 Suntree Avenue
West Valley, Utah 84120

Sent Via:
_____ Hand -Delivery
_____ Facsimile
\_\_√\_\_ Mailed (postage prepaid)

3