

STEPHEN QUESENBERRY (8073)
J. BRYAN QUESENBERRY (9156)
HILL, JOHNSON & SCHMUTZ, L.C.
Jamestown Square
3319 North University Avenue
Provo, Utah 84604
Telephone (801) 375-6600

**Attorneys for Defendants Frank L. Davis, Harvest Marketing, LLC, and First Harvest, LLC**

IN THE UNITED STATES DISTRICT COURT
STATE OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| JENNIFER STEIMKE, as trustee of the ODETTE GRAHAM TRUST, sole beneficiary of the MICHELON FAMILY TRUST, and sole devisee and representative of the ESTATE OF LYNDA STEIMKE MICHELON,<br><br>       Plaintiffs,<br><br>JAE FORSCHEN, DAVID J. ORR, individually and dba WORLD CONTRACTUAL SERVICES, HARVEST MARKETING, L.L.C., FIRST HARVEST MARKETING, L.L.C., FRANK L. DAVIS, and JOHN DOES 1 through 10,<br><br>       Defendants. | **STIPULATED MOTION FOR TRIAL CONTINUANCE**<br><br><br><br><br><br><br><br><br><br>Case No. 2:03CV00487 DAK<br><br>Judge Dale A. Kimball |

The parties hereby stipulate, by and through their attorneys of record, and move the Court for an order continuing the jury trial in the above-captioned lawsuit. The jury trial is currently scheduled on December 13, 14, and 15, 2004.

44

The court, and the parties, have agreed to continue the trial to **May 31, 2005; June 1, 2005; and June 2, 2005, beginning each day of trial at 8:30 a.m.**

DATED this 27 day of November, 2004.

                                      HILL, JOHNSON & SCHMUTZ, LC

                                      STEPHEN QUESENBERRY
                                      J. BRYAN QUESENBERRY
                                      Attorneys for Defendants

DATED this 29th day of November, 2004.

                                      KIRTON & McCONKIE

                                      DAVID M. WAHLQUIST
                                      Attorney for Plaintiffs