

### IN THE UNITED STATES DISTRICT COURT
### DISTRICT OF UTAH

```
Steimke,

     Plaintiff,                                        NOTICE

        vs.

Forschen,

     Defendant.                           Case No.  2:03-cv-00487


TYPE OF CASE          CIVIL


PLEASE TAKE NOTICE that a proceeding in this case has been set for
hearing before Honorable Dale A. Kimball at:

          Room 220
          350 South Main Street
          Salt Lake City, Utah

     On Wednesday, 6/15/05 at 3:00 p.m.


TYPE OF PROCEEDING: Motion for Summary Judgment (Trial on 5/31/05 Vacated)


                                   MARKUS B. ZIMMER,
                                    Clerk of Court


                              By:  Bonnie L. King
                                   Deputy Clerk



  DATE:    April 13, 2005
```

**48**

```
blk
                    United States District Court
                              for the
                         District of Utah
                         April 13, 2005


              * * CERTIFICATE OF SERVICE OF CLERK * *


   Re:   2:03-cv-00487



True and correct copies of the attached were either mailed, faxed or e-mailed
by the clerk to the following:


        Stephen E. Quesenberry, Esq.
        HILL JOHNSON & SCHMUTZ LC
        3319 N UNIVERSITY STE 200
        PROVO, UT  84604
        EMAIL

        David J. Orr
        5449 SUNTREE AVE
        WEST VALLEY CITY, UT  84120

        Jae Forschen
        406 EAST 3335 SOUTH APT 16
        SALT LAKE CITY, UT  84010

        Mr. David M. Wahlquist, Esq.
        KIRTON & MCCONKIE
        60 E S TEMPLE STE 1800
        SALT LAKE CITY, UT  84111-1004
        EMAIL
```