David M. Wahlquist (Bar No. 3349)
Daniel J. McDonald (Bar No. 7935)
**KIRTON & McCONKIE**
1800 Eagle Gate Tower
60 East South Temple
P.O. Box 45120
Salt Lake City, UT 84145-0120

Attorneys for Plaintiff

FILED
U.S. DISTRICT COURT

2005 MAY -6  P 4: 39

DISTRICT OF UTAH

Y:_____
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT

## STATE OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| JENNIFER STEIMKE, as trustee of the ODETTE GRAHAM TRUST, sole beneficiary of the MICHELON FAMILY TRUST, and sole devisee and representative of the ESTATE OF LYNDA STEIMKE MICHELON, | **PLAINTIFF'S CROSS MOTION FOR PARTIAL SUMMARY JUDGMENT AGAINST DEFENDANTS HARVEST MARKETING, L.L.C., FIRST HARVEST, L.L.C., AND FRANK L. DAVIS** |
| Plaintiff, | |
| v. | Case No. 2:03CV-0487 |
| JAE FORSCHEN, DAVID J. ORR, individually and dba WORLD CONTRACTUAL SERVICES, HARVEST MARKETING, L.L.C., FIRST HARVEST, L.L.C., FRANK L. DAVIS, and JOHN DOES 1 through 10, | Judge Dale A. Kimball |
| Defendants. | |

Pursuant to Rule 56 of the Federal Rules of Civil Procedure, Plaintiff Jennifer Steimker, acting on behalf of the Michelon Family Trust, hereby moves for summary judgment Defendants

825317 11425-1

Harvest Marketing, L.L.C. ("Harvest Marketing"), First Harvest, L.L.C. ("First Harvest") and Frank L. Davis ("Davis") on her Eighteenth Claim for Relief for breach of a promissory note.

Plaintiff seeks judgment against Harvest Marketing, First Harvest and Davis in the amount of $175,000, being the principal amount of the note, late charges in the amount of $1,000 per week from March 3, 2000 until paid in full or, in the alternative, interest at the legal rate from March 3, 2000 until paid in full, and Plaintiff's costs and attorney's fees incurred in collecting on the promissory note.

This motion is supported by a memorandum of points and authorities, all of which demonstrate that Plaintiff to the relief she seeks as a matter of law.

DATED this 6th day of May, 2005.

**KIRTON & McCONKIE**

By: *David M. Dahlquist*
David M. Wahlquist
Daniel J. McDonald
Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this __6th__ day of May, 2005, I caused to be served a true copy of the foregoing **PLAINTIFF'S CROSS MOTION FOR PARTIAL SUMMARY JUDGMENT AGAINST DEFENDANTS HARVEST MARKETING, L.L.C., FIRST HARVEST, L.L.C AND FRANK L. DAVIS,** by the method indicated below, to the following:

| | |
|---|---|
| Stephen Quesenberry<br>HILL, JOHNSON & SCHMUTZ, L.C.<br>Jamestown Square<br>3319 North University Avenue<br>Provo, UT 84604<br>Attorneys for Defendants Frank Davis, Harvest Marketing, LLC and First Harvest, LLC | ( ) U.S. Mail, Postage Prepaid<br>(X) Hand Delivered<br>( ) Overnight Mail<br>( ) Facsimile |
| David J. Orr, Pro Se<br>5449 Suntree Avenue<br>West Valley, UT 84120 | (X) U.S. Mail, Postage Prepaid<br>( ) Hand Delivered<br>( ) Overnight Mail<br>( ) Facsimile |
| Jae Forschen, Pro Se<br>406 East 3335 South, Apt. 16<br>Salt Lake City, UT 84115 | (X) U.S. Mail, Postage Prepaid<br>( ) Hand Delivered<br>( ) Overnight Mail<br>( ) Facsimile |

/s/ David Mitchguin