David M. Wahlquist (Bar No. 3349)
**KIRTON & McCONKIE**
1800 Eagle Gate Tower
60 East South Temple
P.O. Box 45120
Salt Lake City, UT 84145-0120

Attorneys for Plaintiff

---

## IN THE UNITED STATES DISTRICT COURT

## STATE OF UTAH, CENTRAL DIVISION

---

| | | |
|---|---|---|
| JENNIFER STEIMKE, as trustee of the ODETTE GRAHAM TRUST, sole beneficiary of the MICHELON FAMILY TRUST, and sole devisee and representative of the ESTATE OF LYNDA STEIMKE MICHELON, | : : : : : | **MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF PLAINTIFF'S MOTION FOR ENTRY OF JUDGMENT** |
|      Plaintiff, | : | Case No. 2:03CV-0487 |
| v. | : | Judge Dale A. Kimball |
| JAE FORSCHEN, DAVID J. ORR, individually and dba WORLD CONTRACTUAL SERVICES, HARVEST MARKETING, L.L.C., FIRST HARVEST, L.L.C., FRANK L. DAVIS, and JOHN DOES 1 through 10, | : : : : : : : | |
|      Defendants. | : | |

---

     Plaintiff Jennifer Steimke submits this memorandum of points and authorities in support of

her Motion for Entry of Final Judgment.  Steimke seeks entry of judgment against defendants Frank

L. Davis, First Harvest, LLC and Harvest Marketing, LLC in the amount of $620,000 plus $1,000

per week after September 29, 2005 until paid in full.  Steimke also requests the Court to expressly

direct entry of the judgment as a final judgment pursuant to Rule 54(b) of the Federal Rules of Civil Procedure.

STATEMENT OF FACTS

The facts material to this motion are as follows:

1.      On August 2, 2005, the Court entered its Memorandum Decision and Order ("Order"). On p. 9 of the Order, the Court granted Steimke's Motion For Partial Summary Judgment seeking judgment against Frank L. Davis, Harvest Marketing, LLC and First Harvest, LLC ("Davis Defendants") for amounts due under the Davis Note. The motion sought judgment for the principal amount of the note, plus late fees/interest at the rate of $1,000 per week after March 3, 2000 (the due date of the note) plus costs and attorneys' fees. The award of attorneys' fees and costs was based upon the Davis Defendants' promise in the Davis Note to pay all attorneys' fees and costs incurred in collecting on the note. (*See* Order, pp. 4 through 10; also Affidavit of David M. Wahlquist, para. 2)

2.      The principal amount of the note is $175,000. (*See* Order, p. 4; also Affidavit of David M. Wahlquist, para. 3)

3.      The late fees/interest accruing after March 3, 2000 through September 29, 2005 is $290,000. (Affidavit of David M. Wahlquist, para. 4)

4.      Steimke hired Kirton & McConkie to assist her in this action to collect on the Davis Note. Because of the risk involved and Steimke's financial circumstances, she engaged Kirton & McConkie on a contingency fee basis. Steimke entered into a written agreement wherein she agreed to pay Kirton & McConkie a one-third contingency fee and to reimburse Kirton & McConkie for all

2

out-of-pocket costs, including but not limited to costs for copying, long distance telephone, deposition costs, travel costs, computer research costs, postage, and filing fees. (Affidavit of David M. Wahlquist, para. 5)

5.      The total judgment exclusive of attorneys' fees and costs is $465,000. One third of that amount is $155,000 which Steimke will incur as attorneys' fees under her contingency fee arrangement with Kirton & McConkie. (Affidavit of David M. Wahlquist, para. 6)

6.      Attached as Exhibit "A" to the Affidavit of David M. Wahlquist is an accurate accounting of time spent by attorneys and legal assistants on behalf of Steimke. Also included with that exhibit is a summary of hours spent by individual attorney and legal assistant and the charges Steimke would have owed Kirton & McConkie for these services (exclusive of interest) if she had engaged Kirton & McConkie on an hourly basis at Kirton & McConkie's current hourly rates. (Affidavit of David M. Wahlquist, para. 7)

7.      Plaintiffs in collection actions such as this one frequently engage legal counsel on a contingency fee basis. There are local attorneys whose sole practice is to collect amounts due on various instruments exclusively on a contingency fee basis. At the time Frank Davis signed the Davis Note, he should have reasonably anticipated that plaintiff may engage her counsel on a contingency fee basis in the event she was compelled to commence legal action to enforce the note. (Affidavit of David M. Wahlquist, para. 8)

8.      Although some contingency fees are higher, a one-third contingency fee is standard in this community. (Affidavit of David M. Wahlquist, para. 9)

9.      Steimke has also incurred costs in this matter in the amount of $6,784.73.   An accurate itemization of those costs is attached as Exhibit "B" to Mr. Wahlquist's Affidavit. (Affidavit of David M. Wahlquist, para. 10)

10.      The total amount due Steimke under the Davis Note as of September 29, 2005 will be $626,784.73 together with interest/late charges thereafter at the rate of $1,000 per week until paid in full.  (Affidavit of David M. Wahlquist, para. 11)

11.      The Court's Order constitutes a complete adjudication of the Eighteenth Cause of Action set forth in Steimke's complaint.  (Affidavit of David M. Wahlquist, para. 12)

13.      Steimke stipulates and represents to the Court that she is willing to dismiss all other causes of action in her complaint as against Frank L. Davis, Harvest Marketing, LLC and First Harvest, LLC to become effective upon the Court's Order with respect to the Eighteenth Cause of Action becoming final and non-appealable.  Only if the Order is reversed on appeal would she retain her other claims against said defendants. (Affidavit of David M. Wahlquist, para. 13)

## ARGUMENT

I.      STEIMKE IS ENTITLED TO JUDGMENT AGAINST THE DAVIS
        DEFENDANTS IN THE AMOUNT OF $626,784.73 PLUS $1,000 PER WEEK
        AFTER SEPTEMBER 29, 2005 UNTIL PAID IN FULL

The Court has awarded Steimke judgment against each of the Davis Defendants for the principal amount of the Davis Note ($175,000), plus late fees/interest, plus Steimke's attorneys' fees and costs.  The late fees/interest will total $290,000 through September 29, 2005.  (Affidavit of David M. Wahlquist, para. 3)  Steimke's costs incurred in this action total $6,784.73.  (Affidavit of David M. Wahlquist, para. 9)

4

Steimke has incurred attorneys' fees in the amount of $155,000, which is one-third of the amount due under the Davis Note exclusive of attorneys' fees and costs. Steimke's attorneys' fees are based upon a contingency fee agreement with Kirton & McConkie wherein she agreed to pay costs plus a standard one-third contingency fee. (Affidavit of David M. Wahlquist, para. 4) Since the award of fees is based upon a Utah state law claim, the amount of fees to be awarded is governed by Utah law. *Mangold v. California Public Utilities Commission,* 67 F. 3d 1470 (9th Cir. 1995); and *Mitzel v. Westinghouse Electric Corporation,* 72 F. 3d 414 (3rd Cir. 1995).

In *Campbell v. State Farm Mutual Automobile Insurance Company,* 65 P. 3d 1134 (Utah 2001), the Utah Supreme Court held that contingency fees should be used as the basis of a fee award if it was reasonably foreseeable by the defendant that the plaintiff may employ an attorney on a contingency fee basis. *Id.* at 1169-1170.[1] Plaintiffs in cases involving collection on notes and other accounts receivable commonly engage legal counsel on a contingency fee basis. (Affidavit of David M. Wahlquist, para. 8) The Davis Defendants should have reasonably foreseen that Steimke may engage her counsel on a contingency fee basis in this matter. For these reasons, Steimke is entitled to an award of $155,000 for her attorneys' fees.

The total judgment to which Steimke is entitled is $626,784.73 together with late fees/interest at the rate of $1,000 per week from September 29, 2005 until paid in full.

---

[1] The United States Supreme Court ultimately reversed the Utah Supreme Court's ruling in *Campbell* with respect to the amount of punitive damages awarded. The Utah Supreme Court's ruling with respect to attorneys' fees was not affected and remains the law in the State of Utah.

II.     THE COURT SHOULD EXPRESSLY DIRECT ENTRY OF JUDGMENT AS A
        FINAL JUDGMENT PURSUANT TO RULE 54(b).

Rule 54(b) of the Federal Rules of Civil Procedure provides in part:

> When one or more claim for relief is presented in an action . . . or when multiple
> parties are involved, the court may direct the entry of a final judgment as to one or
> more but fewer than all of the claims or parties only upon an express determination
> that there is no just reason for delay and upon an express direction for the entry of
> judgment. . . .

In its Order, the Court has completely adjudicated Steimke's Eighteenth Cause of Action

against the Davis Defendants. Having fully resolved one of Steimke's claims, the Court would be

justified in directing entry of judgment under Rule 54(b) on that basis alone. The propriety of

directing an entry of judgment is even more evident, however, because Steimke has stipulated that

she will dismiss the remainder of her claims against the Davis Defendants to become effective upon

the Court's Order with respect to her Eighteenth Cause of Action becoming final and non-

appealable. Such dismissal will likely negate the need for a trial in this matter, saving the resources

of the Court and the parties. There is no just reason for delay and the Court should expressly direct

the entry of judgment as final under Rule 54(b) in order to accrue this benefit.

## CONCLUSION

For the foregoing reasons, Steimke requests the Court to direct entry of a final judgment

pursuant to Rule 54 (b) against the Davis Defendants jointly and severally on Steimke's Eighteenth

Cause of Action. Said judgment should be in the amount of $626,784.73, together with interest/late

fees in the amount of $1,000 per week after September 29, 2005 until paid in full.

Respectfully submitted this __16th__ day of August, 2005.

                    KIRTON & McCONKIE

                    _David M. Wahlquist_
                    David M. Wahlquist
                    Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this __16th__ day of August, 2005, I caused to be served a

true copy of the foregoing **MEMORANDUM OF POINTS AND AUTHORITIES IN**

**SUPPORT OF PLAINTIFF'S MOTION FOR ENTRY OF JUDGMENT** by the method

indicated below, to the following:

Stephen Quesenberry                                   (✓) U.S. Mail, Postage Prepaid
HILL, JOHNSON & SCHMUTZ, L.C.                          ( ) Hand Delivered
Jamestown Square                                      ( ) Overnight Mail
3319 North University Avenue                           ( ) Facsimile
Provo, UT 84604
Attorneys for Defendants Frank Davis, Harvest
Marketing, LLC and First Harvest, LLC


David J. Orr, Pro Se                                  (✓) U.S. Mail, Postage Prepaid
5449 Suntree Avenue                                   ( ) Hand Delivered
West Valley, UT 84120                                 ( ) Overnight Mail
                                                      ( ) Facsimile


Jae Forschen, Pro Se                                  (✓) U.S. Mail, Postage Prepaid
406 East 3335 South, Apt. 16                           ( ) Hand Delivered
Salt Lake City, UT 84115                              ( ) Overnight Mail
                                                      ( ) Facsimile


_David Milahlquist_

08/15/05

KIRTON & McCONKIE
DRAFT STATEMENT

09.13.36-08/15/05
PAGE    1

CLIENT   11425 STEIMKE, JENNIFER
MATTER   CT   1 CONTINGENCY TYPE A                                         DATE OPENED  10/23/02

** UNBILLED HOURS AND FEES *******************************************************************************

| NAME | DATE | HOURS | DESCRIPTION | RATE | FEES | CUMULATIVE | LOC | ACTION | SEQ | JOB |
|---|---|---|---|---|---|---|---|---|---|---|
| WAHLQUIST, DAVID M. | 05/30/02 | .50 | CONFER WITH JENNIFER REGARDING CLAIMS EVALUATION. | | | | W | D T | 1 | 1TH75683 |
| WAHLQUIST, DAVID M. | 06/05/02 | .50 | REVIEW CORRESPONDENCE FROM JENNIFER. | | | | W | D T | 1 | H75683 |
| WAHLQUIST, DAVID M. | 06/18/02 | .10 | CONFER WITH JENNIFER REGARDING INVESTIGATION OF CLAIM. | | | | W | D T | 1 | 1TH75683 |
| WAHLQUIST, DAVID M. | 08/12/02 | .20 | CONFER WITH JENNIFER REGARDING CLAIM STATUS. | | | | W | D T | 1 | 1TH00772 |
| WAHLQUIST, DAVID M. | 09/04/02 | .10 | SEND E-MAIL TO JENNIFER REGARDING E-MAIL ADDRESS. | | | | W | D T | 1 | 1TH00780 |
| WAHLQUIST, DAVID M. | 10/15/02 | 3.00 | REVIEW REPORT FROM DENNIS WILLIAMS; CONFER WITH DENNIS REGARDING PROPOSED ACTION. | | | | W | D T | 1 | 1TH0014 |
| WAHLQUIST, DAVID M. | 10/16/02 | .40 | PREPARE MEMO TO CONTINGENCY COMMITTEE; CONFER WITH DANIEL J. MCDONALD REGARDING RESEARCH ISSUES. | | | | W | D T | 1 | 1TH0015 |
| WAHLQUIST, DAVID M. | 10/30/02 | .10 | REVIEW CORRESPONDENCE FROM DENNIS WILLIAMS REGARDING CLAIM. | | | | W | D T | 1 | H00020 |
| WAHLQUIST, DAVID M. | 11/05/02 | .60 | CONFER WITH DENNIS WILLIAMS; CONFER WITH RUSSELL CLINE. | | | | W | D T | 1 | H00023 |
| WAHLQUIST, DAVID M. | 11/07/02 | .40 | CONFER WITH DAVID SONNENREICH REGARDING CASE ISSUES. | | | | W | D T | 1 | H00024 |
| WAHLQUIST, DAVID M. | 11/22/02 | .20 | CONFER WITH DENNIS WILLIAMS REGARDING CONFERENCE WITH SONNENREICH; DRAFT CORRESPONDENCE TO JENNIFER REGARDING STATUS. | | | | W | D T | 1 | H00029 |
| WAHLQUIST, DAVID M. | 11/26/02 | .30 | DRAFT DEMAND LETTER TO FIRST HARVEST. | | | | W | D T | 1 | H00030 |
| WAHLQUIST, DAVID M. | 12/04/02 | .10 | REVIEW CORRESPONDENCE FROM COUNSEL FOR FIRST HARVEST. | | | | W | D T | 1 | H00033 |
| WAHLQUIST, DAVID M. | 12/05/02 | .20 | CONFER WITH DENNIS WILLIAMS REGARDING CLAIM. | | | | W | D T | 1 | H00033 |
| WAHLQUIST, DAVID M. | 01/02/03 | .30 | CONFER WITH JENNIFER REGARDING CASE STATUS. | | | | W | D T | 1 | H00041 |
| WAHLQUIST, DAVID M. | 01/28/03 | .20 | CONFER WITH DENNIS WILLIAMS REGARDING CASE. | | | | W | D T | 1 | H00047 |
| WAHLQUIST, DAVID M. | 05/03/03 | 3.20 | REVIEW FILE DOCUMENTS. | | | | W | D T | 1 | H00073 |
| WAHLQUIST, DAVID M. | 05/05/03 | 3.90 | REVIEW FILE; DRAFT COMPLAINT; MEET WITH | | | | W | D T | 1 | H00073 |

08/15/05

KIRTON & MCCONKIE
DRAFT STATEMENT

09.13.36-08/15/05
PAGE   2

CLIENT   11425  STEIMKE, JENNIFER
MATTER   CT   1  CONTINGENCY TYPE A

** UNBILLED HOURS AND FEES

| NAME | DATE | HOURS | DESCRIPTION | RATE | FEES | CUMULATIVE | LOC | ACTION | SEQ | JOB |
|---|---|---|---|---|---|---|---|---|---|---|
| PERCHAM, THOMAS A. | 05/16/03 | .50 | DENNIS WILLIAMS RE: CLAIM ISSUES. ATTORNEY CONFERENCE WITH D. WAHLQUIST REGARDING PROPER PARTIES TO LAWSUIT. | | | | W | D | T 1 | H00073 H00076 |
| WAHLQUIST, DAVID M. | 05/22/03 | .70 | FINALIZE COMPLAINT. | | | | W | D | T 1 | H00077 |
| WAHLQUIST, DAVID M. | 06/12/03 | .10 | REVIEW CORRESPONDENCE RE: EXTENSION OF TIME FOR ANSWER. | | | | W | D | T 1 | H00083 |
| WAHLQUIST, DAVID M. | 06/18/03 | .20 | CONFER WITH DENNIS WILLIAMS RE: STATUS; CONFER WITH FORSCHEN COUNSEL RE: STATUS. | | | | W | D | T 1 | H00085 H00085 |
| ELLSWORTH, JAMES E. | 06/18/03 | .20 | CONFERENCES WITH MICHELLE TURPIN, COUNSEL FOR DEFENDANT JAY FORSHEN. | | | | W | D | T 1 | H00085 |
| WAHLQUIST, DAVID M. | 06/23/03 | .30 | DRAFT CORRESPONDENCE TO JENNIFER. | | | | W | D | T 1 | H00088 |
| WAHLQUIST, DAVID M. | 06/30/03 | .20 | CONFER WITH MICHAEL DENNY RE: FIRST HARVEST INTERNATIONAL. | | | | W | D | T 1 | H00090 H00090 |
| WAHLQUIST, DAVID M. | 07/07/03 | .10 | CONFER WITH DAVID ORR RE: SETTLEMENT OFFER. | | | | W | D | T 1 | H00092 H00092 |
| WAHLQUIST, DAVID M. | 08/11/03 | .20 | DRAFT CORRESPONDENCE TO CLIENT AND DENNIS WILLIAMS RE: FORSCHEN OFFER. | | | | W | D | T 1 | H00103 H00103 |
| WAHLQUIST, DAVID M. | 08/22/03 | .20 | CONFER WITH DENNIS RE: CONFERENCE WITH FORSCHEN. | | | | W | D | T 1 | H00104 H00104 |
| WAHLQUIST, DAVID M. | 08/26/03 | .10 | CONFER WITH DENNIS RE: CONFERENCE WITH FORSCHEN. | | | | W | D | T 1 | H00105 H00105 |
| WAHLQUIST, DAVID M. | 09/02/03 | .20 | CONFER WITH DENNIS WILLIAMS RE: SUBPOENAS. | | | | W | D | T 1 | H00108 H00108 |
| WAHLQUIST, DAVID M. | 09/15/03 | .10 | CONFER WITH DENNIS RE: ADDITIONAL SUBPOENAS. | | | | W | D | T 1 | H00110 H00110 |
| WAHLQUIST, DAVID M. | 10/07/03 | .10 | REQUEST SUBPOENA. | | | | W | D | T 1 | H00115 |
| WAHLQUIST, DAVID M. | 10/10/03 | .20 | REVIEW SUBPOENAS; CONFER WITH DENNIS RE: SAME. | | | | W | D | T 1 | H00116 H00116 |
| WAHLQUIST, DAVID M. | 10/29/03 | .20 | CONFER WITH BANKS RE: RESPONSE TO SUBPOENAS. | | | | W | D | T 1 | H00121 H00121 |
| WAHLQUIST, DAVID M. | 11/08/03 | .20 | DRAFT CORRESPONDENCE TO MICHELLE TURPIN RE: ANSWER. | | | | W | D | T 1 | H00129 H00129 |
| WAHLQUIST, DAVID M. | 11/19/03 | .40 | CONFER WITH DENNIS WILLIAMS RE: STATUS OF CASE INVESTIGATION. | | | | W | D | T 1 | H00133 H00133 |
| ELLSWORTH, JAMES E. | 11/21/03 | .20 | CONFERENCE WITH JERRY WIGHT, IRS SPECAIL AGENT; | | | | W | D | T 1 | H00131 H00131 |

08/15/05

KIRTON & MCCONKIE
DRAFT STATEMENT

09.13.36-08/15/05
PAGE       3

CLIENT    11425 STEIMKR, JENNIFER
MATTER CT     1 CONTINGENCY TYPE A

** UNBILLED HOURS AND FEES

*************************************************************************************

| NAME | DATE | HOURS | DESCRIPTION | RATE | FEES | CUMULATIVE | LOC | ACTION | SEQ | JOB |
|------|------|-------|-------------|------|------|------------|-----|--------|-----|-----|
| WAHLQUIST, DAVID M. | 11/25/03 | .60 | CONFER WITH DENNIS WILLIAMS RE: CLAIM. | | | | W | D T | 1 | H00133 |
| WAHLQUIST, DAVID M. | 12/02/03 | .20 | REVIEW WACHOVIA DOCUMENTS. | | | | W | D T | 1 | H00135 |
| WAHLQUIST, DAVID M. | 12/10/03 | .20 | CONFER WITH DENNIS WILLIAMS RE: MATTER. | | | | W | D T | 1 | H00137 |
| WAHLQUIST, DAVID M. | 12/12/03 | 1.00 | CONFER WITH DENNIS WILLIAMS RE: FACTUAL BACKGROUND FOR WHITE CLAIM. | | | | W | D T | 1 | H00137 |
| WAHLQUIST, DAVID M. | 01/09/04 | .10 | CONFER WITH DENNIS RE: CASE ISSUES. | | | | W | D T | 1 | H00137 |
| WAHLQUIST, DAVID M. | 01/23/04 | .10 | REVIEW FILE DOCUMENTS. | | | | W | D T | 1 | H00145 |
| WAHLQUIST, DAVID M. | 01/26/04 | .10 | CONFER WITH STEVE RE: DISCOVERY RESPONSES. | | | | W | D T | 1 | H00147 |
| WAHLQUIST, DAVID M. | 02/09/04 | .80 | DRAFT CORRESPONDENCE TO QUESENBERRY; EDIT PLANNING REPORT; CONFER WITH STEVE RE: INDEFINITE EXTENSION OF TIME TO RESPOND TO MOTION FOR SUMMARY JUDGMENT. | | | | W | D T | 1 | H00149 |
| WAHLQUIST, DAVID M. | 02/18/04 | .10 | REVIEW CORRESPONDENCE FROM QUESENBERRY RE: DEPOSITIONS. | | | | W | D T | 1 | H00154 |
| WAHLQUIST, DAVID M. | 03/05/04 | 1.30 | REVIEW FILES; CONFER WITH DENNIS WILLIAMS RE: RESPONSE TO OUTSTANDING DOCUMENTS. | | | | W | D T | 1 | H00155 |
| WAHLQUIST, DAVID M. | 03/19/04 | 1.50 | REVIEW DENNIS WILLIAMS REPORT AND RELATED DOCUMENTS. | | | | W | D T | 1 | H00161 |
| WAHLQUIST, DAVID M. | 03/31/04 | .10 | REVIEW CORRESPONDENCE RE: CASE SCHEDULE. | | | | W | D T | 1 | H00164 |
| WAHLQUIST, DAVID M. | 04/05/04 | 2.30 | PREPARE INITIAL DISCLOSURES AND RESPONSES TO DISCOVERY REQUESTS. | | | | W | D T | 1 | H00165 |
| WAHLQUIST, DAVID M. | 04/06/04 | 1.70 | DRAFT DISCOVERY REQUESTS, CONFER WITH QUESENBERRY RE: DEPOSITION SCHEDULE AND PROOF ISSUES; REVIEW DOCUMENTS FOR PRODUCTION. | | | | W | D T | 1 | H00167 |
| WAHLQUIST, DAVID M. | 04/08/04 | .50 | CONFER WITH DENNIS WILLIAMS; DRAFT DEPOSITION SUBPOENA CATEGORIES. | | | | W | D T | 1 | H00167 |
| WAHLQUIST, DAVID M. | 04/13/04 | .10 | REVIEW SUBPOENAS. | | | | W | D T | 1 | H00168 |
| WAHLQUIST, DAVID M. | 04/21/04 | .20 | CALL ON DAVIS SUBPOENA. | | | | W | D T | 1 | H00169 |
| WAHLQUIST, DAVID M. | 04/23/04 | .10 | CALL QUESENBERRY RE: DAVIS SERVICE. | | | | W | D T | 1 | H00171 |
| WAHLQUIST, DAVID M. | 04/27/04 | .40 | REVIEW DISCOVERY RESPONSES. | | | | W | D T | 1 | H00171 |
| WAHLQUIST, DAVID M. | 05/07/04 | .10 | CONFERENCE WITH QUESENBERRY REGARDING DEPOSITION TIME | | | | W | D T | 1 | H00177 |
| WAHLQUIST, DAVID M. | 05/10/04 | .10 | CHANGE FORSCHEN DEPOSITION DATE | | | | W | D T | 1 | H00178 |

08/15/05

KIRTON & MCCONKIE
DRAFT STATEMENT

09.13.36-08/15/05
PAGE     4

CLIENT    11425   STEIMKE, JENNIFER
MATTER CT      1   CONTINGENCY TYPE A

** UNBILLED HOURS AND FEES

| NAME | DATE | HOURS | DESCRIPTION | RATE | FEES | CUMULATIVE | LOC | ACTION | SEQ | JOB |
|------|------|-------|-------------|------|------|------------|-----|--------|-----|-----|
| WAHLQUIST, DAVID M. | 05/12/04 | .20 | PREPARE FOR DEPOSITION OF FRANK DAVIS | | | | W | D T | 1 | H00178 |
| WAHLQUIST, DAVID M. | 05/13/04 | 4.50 | PREPARE FOR AND TAKE DEPOSITION OF FRANK DAVIS | | | | W | D T | 1 | H00178 |
| WAHLQUIST, DAVID M. | 05/19/04 | .30 | CONFER WITH DENNIS REGARDING DEPOSITION | | | | W | D T | 1 | H00179 |
| WAHLQUIST, DAVID M. | 05/26/04 | .90 | MEET WITH DENNIS AND ORR REGARDING CLAIM | | | | W | D T | 1 | H00181 |
| WAHLQUIST, DAVID M. | 06/04/04 | 7.00 | PREPARE FOR AN TAKE DEPOSITION OF JAE FORSCHEN | | | | W | D T | 1 | H00184 |
| WAHLQUIST, DAVID M. | 06/18/04 | .50 | CALLS TO QUESENBERRY REGARDING DEPOSITION NOTICE; DRAFT CORRESPONDENCE TO STEVE REGARDING SAME. | | | | W | D T | 1 | H00186 |
| WAHLQUIST, ADAM | 06/21/04 | 2.00 | LAW CLERK SERVICES: RESEARCH ON CIVIL CONSPIRACY. | | | | W | D T | 1 | H80816 |
| WAHLQUIST, DAVID M. | 06/22/04 | .20 | DRAFT CORRESPONDENCE TO QUESENBERRY ON MOTION. | | | | W | D T | 1 | H00211 |
| WAHLQUIST, DAVID M. | 06/23/04 | .40 | CONFER WITH DENNIS RE: DEPOSITION AND FOLLOW-UP. | | | | W | D T | 1 | H00187 |
| WAHLQUIST, DAVID M. | 06/24/04 | .10 | CALL QUESENBERRY RE: SCHEDULE. | | | | W | D T | 1 | H00187 |
| WAHLQUIST, DAVID M. | 06/25/04 | .10 | CONFER WITH DENNIS RE: SCHEDULE. | | | | W | D T | 1 | H00187 |
| WAHLQUIST, DAVID M. | 06/28/04 | .00 | (0.1 NC) CONFIRM WITH QUESENBERRY EXTENSION OF TIME ON DISCOVERY | | | | W | D T | 1 | H00192 |
| WAHLQUIST, DAVID M. | 07/09/04 | .60 | MEET WITH DAN MCDONALD RE: RESPONSE TO MOTION FOR SUMMARY JUDGMENT | | | | W | D T | 1 | H00192 |
| WAHLQUIST, DAVID M. | 07/19/04 | .40 | CONFER WITH JENNIFER RE: PAYMENT AND CASE STATUS | | | | W | D T | 1 | H00194 |
| WAHLQUIST, DAVID M. | 08/03/04 | .20 | CONFER WITH ALEXANDER DUSHKU RE: MOTION RESPONSE | | | | W | D T | 1 | H00198 |
| WAHLQUIST, DAVID M. | 08/18/04 | .40 | CONFER WITH DAN MCDONALD RE: MOTION FOR SUMMARY JUDGMENT | | | | W | D T | 1 | H00200 |
| WAHLQUIST, DAVID M. | 08/20/04 | 1.50 | CONFER WITH DAN RE: CHANGES TO AFFIDAVIT AND MOTION OPPOSITION MEMORANDUM; FINALIZE AFFIDAVIT AND MEMORANDUM | | | | W | D T | 1 | H00200 |
| WAHLQUIST, DAVID M. | 09/17/04 | .10 | CONFER WITH DENNIS RE: STATUS OF MOTION | | | | W | D T | 1 | H00207 |
| WAHLQUIST, DAVID M. | 09/28/04 | .10 | CONFER WITH DENNIS RE: CLAIMS | | | | W | D T | 1 | H00212 |
| WAHLQUIST, DAVID M. | 10/05/04 | .20 | CONFER WITH BRYAN RE: STIPULATION AND DEPOSITION | | | | W | D T | 1 | H00215 |
| WAHLQUIST, DAVID M. | 10/11/04 | .40 | CONFER WITH DENNIS RE: HALDEMAN | | | | W | D T | 1 | H00216 |

08/15/05

KIRTON & MCCONKIE
DRAFT STATEMENT

09.13.36-08/15/05
PAGE   5

CLIENT   11425   STEIMKE, JENNIFER
MATTER CT   1   CONTINGENCY TYPE A

** UNBILLED HOURS AND FEES

| NAME | DATE | HOURS | DESCRIPTION | RATE | FEES | CUMULATIVE | LOC ACTION SEQ | JOB |
|------|------|-------|-------------|------|------|------------|----------------|-----|
| WAHLQUIST, DAVID M. | 10/19/04 | .20 | REVIEW DOCUMENTS PRODUCED BY BROWN DEPOSITION | | | | W D T 1 | H00216 |
| WAHLQUIST, DAVID M. | 10/27/04 | 5.00 | CONFER WITH BETTY PORTER RE: DEPOSITION NOTICE; PREPARE FOR AND ATTEND HEARING ON MOTION FOR SUMMARY JUDGMENT | | | | W D T 1 | H00220 |
| PORTER, BETTY | 10/27/04 | .40 | LEGAL ASSISTANT SERVICES: ACCESS COURT DOCKET AND PRINT OFF DOCUMENTS REFLECTING HEARING AND SCHEDULE; BRIEF CONFERENCE WITH DAVID M. WAHLQUIST RE SAME. | | | | W D T 1 | H00219 |
| WAHLQUIST, DAVID M. | 11/02/04 | .10 | CONFER WITH DENNIS RE: HEARING | | | | W D T 1 | H00219 |
| WAHLQUIST, DAVID M. | 11/03/04 | .40 | REVIEW COURT ORDER; CONFER WITH BETTY PORTER RE: DEPOSITION SCHEDULE | | | | W D T 1 | H00226 |
| WAHLQUIST, DAVID M. | 11/04/04 | .30 | CONFER WITH BETTY PORTER RE: DEPOSITION SUBPOENAS | | | | W D T 1 | H00226 |
| PORTER, BETTY | 11/04/04 | .90 | PARALEGAL SERVICES: CONFERENCES WITH DAVID M. WAHLQUIST RE STATUS OF THIS MATTER; INTERNET RESEARCH RE MICHAEL BROWN AND MEDIDIAN AND MARALEE HALDEMAN; PRINT OFF INFORMATION; PREPARE SUBPOENAS, ETC.; ATTEMPTS TO REACH AN ATTORNEY TO SERVE AS LOCAL COUNSEL, ETC.; TELEPHONE CONFERENCE WITH DENNIS WILLIAMS; ATTEMPT TO REACH WILLIAMS AGAIN. | | | | W D T 1 | H00226 |
| PORTER, BETTY | 11/05/04 | 2.30 | PARALEGAL SERVICES: TELEPHONE CONFERENCES WITH LOCAL COUNSEL, TRYING TO GET SUBPOENAS ISSUED FROM THEM AND NOTICES OF DEPOSITION SERVED ON MARALEE HALDEMAN; TELEPHONE CONFERENCE WITH MICHAEL BROWN RE POSSIBLY SETTING HIS DEPOSITION UP FOR COLORADO, ETC.; CONFERENCES WITH DAVID M. WAHLQUIST RE SAME. | | | | W D T 1 | H00226 |
| PORTER, BETTY | 11/08/04 | .20 | PARALEGAL SERVICES: MESSAGE FROM DAVID COOK RE SERVICE ON MARALEE HALDEMAN; | | | | W D T 1 | H00226 |

08/16/05

KIRTON & MCCONKIE
DRAFT STATEMENT

09.13.36-08/15/05
PAGE      6

CLIENT    11425 STEIMKE, JENNIFER
MATTER CT     1 CONTINGENCY TYPE A

** UNBILLED HOURS AND FEES

| NAME | DATE | HOURS | DESCRIPTION | RATE | FEES | CUMULATIVE | LOC | ACTION | SEQ | JOB |
|------|------|-------|-------------|------|------|------------|-----|--------|-----|-----|
| WAHLQUIST, DAVID M. | 11/09/04 | .50 | BRIEF CONFERENCE WITH DAVID M. WAHLQUIST RE SAME. | | | | W D T | 1 | | H00226 |
| PORTER, BETTY | 11/09/04 | | CONFER WITH MARALEE HALDEMAN RE: TESTIMONY; CONFER WITH BETTY PORTER RE: PATTERSON SUBPOENA | | | | W D T | 1 | | H00226 |
| PORTER, BETTY | 11/09/04 | .70 | PARALEGAL SERVICES: TELEPHONE CONFERENCES WITH MARALEE HALDEMAN RE CHANGING THE DATE FOR HER DEPOSITION, ETC.; CONFERENCES WITH DAVID M. WAHLQUIST RE SAME; PREPARE SUBPOENA AND NOTICE OF DEPOSITION FOR HUBERT PATTERSON; EMAIL DOCUMENTS TO DAVID COOK FOR SERVICE OF SAME. | | | | W D T | 1 | | H00226 |
| PORTER, BETTY | 11/10/04 | .30 | PARALEGAL SERVICES: CONFERENCE WITH DAVID M. WAHLQUIST RE UPCOMING DEPOSITIONS; EMAILS TO AND FROM DAVID COOK; NOTES TO THE FILE RE ARRANGEMENTS RE COURT REPORTER. | | | | W D T | 1 | | H00226 |
| PORTER, BETTY | 11/10/04 | .30 | PARALEGAL SERVICES: EMAILS TO AND FROM DAVID COOK; TELEPHONE CALL FROM KIM LEWIS RE NEED FOR COURT REPORTERS, ETC.; RETURN PHONE CALL. | | | | W D T | 2 | | H00226 |
| PORTER, BETTY | 11/11/04 | .30 | PARALEGAL SERVICES: EMAILS TO AND FROM LOCAL COUNSEL'S OFFICE RE COURT REPORTER, ETC.; CONFERENCE WITH DAVID M. WAHLQUIST RE CALL TO MS HALDEMAN; TELEPHONE CONFERENCE WITH MARALEE HALDEMAN RE DEPOSITION DATE. | | | | W D T | 2 | | H00226 |
| PORTER, BETTY | 11/17/04 | .30 | PARALEGAL SERVICES: CONFERENCE WITH DAVID M. WAHLQUIST RE STATUS OF THIS MATTER; TELEPHONE CONFERENCE WITH MIKE BROWN RE WHEN HE WOULD BE IN COLORADO, ETC. | | | | W D T | 1 | | H00226 |
| WAHLQUIST, DAVID M. | 11/19/04 | .70 | CONFER WITH MIKE BROWN RE: DEPOSITION | | | | W D T | 1 | | H00226 |
| PORTER, BETTY | 11/22/04 | .40 | PARALEGAL SERVICES: CONFERENCE WITH DAVID M. WAHLQUIST RE STATUS OF THIS | | | | W D T | 1 | | H00227 |

Case 2:03-cv-00487-DAK   Document 59   Filed 08/17/05   Page 15 of 30

CLIENT   11425   STEIMKE, JENNIFER
MATTER CT    1   CONTINGENCY TYPE A

** UNBILLED HOURS AND FEES **

| NAME | DATE | HOURS | DESCRIPTION | RATE | FEES | CUMULATIVE | LOC | ACTION | SEQ | JOB |
|------|------|-------|-------------|------|------|------------|-----|--------|-----|-----|
| WAHLQUIST, DAVID M. | 11/23/04 | .20 | MATTER; EMAILS TO AND FROM LOCAL COUNSEL RE DEPO SCHEDULE; TELEPHONE CONFERENCE WITH DENNIS WILLIAMS RE PHONE NUMBER FOR BERT PATTERSON. | | | | | W D T | 1 | H00227 |
| WAHLQUIST, DAVID M. | 11/24/04 | .30 | CONFER WITH BETTY PORTER RE: DEPOSITION OF PATTERSON | | | | | W D T | 1 | H00228 |
| PORTER, BETTY | 11/24/04 | .60 | CONFER WITH BETTY PORTER RE: DEPOSITIONS PARALEGAL SERVICES: CONFERENCES WITH DAVID M. WAHLQUIST RE STATUS OF MATTERS; TELEPHONE CONFERENCE WITH DAVE COOK RE CANCELLATION OF DEPO, ETC.; LEFT DETAILED MESSAGE FOR BERT PATTERSON RE FACT THAT DEPOSITION WILL NOT BE ON MONDAY, ETC. | | | | | W D T | 1 | H00228 |
| WAHLQUIST, DAVID M. | 11/29/04 | .50 | CONFER WITH BETTY PORTER AND RICK COLBY RE: PATTERSON DEPOSITION | | | | | W D T | 1 | H00228 |
| ELLSWORTH, JAMES E. | 11/29/04 | .10 | JENNIFER STEIMKE -- REVIEW INFORMATION FROM QUESENBERRY'S OFFICE RE: MOTION AND ORDER; REVIEW CORRESPONDENCE FROM QUESENBERRY'S OFFICE. | | | | | W D T | 1 | H00230 |
| PORTER, BETTY | 11/29/04 | .60 | PARALEGAL SERVICES: CONFERENCES WITH DAVID M. WAHLQUIST RE STATUS OF THIS MATTER; TELEPHONE CONFERENCE WITH RICK COLBY, COUNSEL FOR PATTERSON, RE STATUS OF MATTERS AND DATE FOR DEPOSITION; TELEPHONE CONFERENCE WITH MARLEE HALDEMAN RE SAME; EMAIL TO LOCAL COUNSEL RE SCHEDULE FOR THE DEPO, NEED FOR VIDEOGRAPHER, ETC. | | | | | W D T | 1 | H00230 |
| PORTER, BETTY | 11/30/04 | .20 | PARALEGAL SERVICES: EMAILS TO AND FROM KIM LEWIS, LOCAL COUNSEL'S OFFICE, RE ARRANGEMENTS FOR COURT REPORTER, HOTEL, ETC.; BRIEF CONFERENCE WITH DAVID M. WAHLQUIST RE SAME. | | | | | W D T | 1 | H00231 |
| WAHLQUIST, DAVID M. | 12/01/04 | .50 | CONFER WITH RICK COLBY AND BERT PATTERSON RE: TESTIMONY AT DEPOSITIONS | | | | | W D T | 1 | H00234 |

08/15/05                          KIRTON & MCCONKIE                                        09.13.36-08/15/05
                                   DRAFT STATEMENT                                              PAGE   8

CLIENT   11425  STEIMKE, JENNIFER
MATTER CT   1  CONTINGENCY TYPE A

** UNBILLED HOURS AND FEES **

| NAME | DATE | HOURS | DESCRIPTION | RATE | FEES | CUMULATIVE | LOC | ACTION | SEQ | JOB |
|------|------|-------|-------------|------|------|------------|-----|--------|-----|-----|
| PORTER, BETTY | 12/01/04 | .30 | PARALEGAL SERVICES: CONFERENCE WITH DAVID M. WAHLQUIST RE DEPOSITION OF BERT PATTERSON; EMAIL TO PARALEGAL AT LOCAL COUNSEL'S OFFICE RE SAME; ASSIST WITH ARRANGEMENTS FOR TRAVEL. | | | | W | D T | 1 | H00234 |
| WAHLQUIST, DAVID M. | 12/04/04 | .20 | REVIEW TRAVEL ARRANGEMENTS | | | | W | D T | 1 | H00234 |
| WAHLQUIST, DAVID M. | 12/06/04 | .10 | PREPARE FOR TUESDAY DEPOSITIONS | | | | W | D T | 1 | H00234 |
| WAHLQUIST, DAVID M. | 12/09/04 | .40 | PREPARE FOR DEPOSITIONS ON MONDAY | | | | W | D T | 1 | H00235 |
| PORTER, BETTY | 12/09/04 | .70 | PARALEGAL SERVICES: CONFERENCE WITH DAVID M. WAHLQUIST RE STATUS OF THIS MATTER; NOTES TO THE FILE RE DOCUMENTS THAT DAVID M. WAHLQUIST NEEDS TO REVIEW PRIOR TO HIS TRIP TO COLUMBUS; REVIEW FILE AND PULL DOCUMENTS FOR HIS REVIEW. | | | | W | D T | 1 | H00235 |
| WAHLQUIST, DAVID M. | 12/13/04 | 8.40 | PREPARE FOR DEPOSITION OF MARALEE HALDEMAN; TRAVEL TO COLUMBUS, OHIO | | | | W | D T | 1 | H00236 |
| PORTER, BETTY | 12/13/04 | 1.40 | PARALEGAL SERVICES: TELEPHONE CALL TO MIKE BROWN (LEFT DETAILED MESSAGE ASKING FOR AN UPDATE AND SUGGESTING THAT WE MAY NEED TO DEPOSE HIM IN VIRGINIA); TELEPHONE CONFERENCE WITH REPORTER WHO WILL BE DOING THE DEPOSITIONS TOMORROW; CONFERENCES WITH DAVID M. WAHLQUIST RE DOCUMENTS THAT HE NEEDS FOR THE DEPOSITIONS, ETC.; COPY DOCUMENTS AND ORGANIZE SAME. | | | | W | D T | 1 | H00238 |
| WAHLQUIST, DAVID M. | 12/14/04 | 13.90 | PREPARE FOR AND TAKE DEPOSITIONS OF MARALEE HALDEMAN AND BERT PATTERSON; TRAVEL TO SLC | | | | W | D T | 1 | H00236 |
| WAHLQUIST, DAVID M. | 12/15/04 | .50 | PROCESS TRIP RETURN | | | | W | D T | 1 | H00236 |
| PORTER, BETTY | 12/15/04 | .30 | PARALEGAL SERVICES: CONFERENCE WITH DAVID M. WAHLQUIST RE STATUS OF THIS MATTER; ATTEMPTS TO REACH MIKE BROWN RE SCHEDULING HIS DEPOSITION, ETC. | | | | W | D T | 1 | H00238 |
| PORTER, BETTY | 12/18/04 | .40 | PARALEGAL SERVICES: EXTENDED TELEPHONE CALL FROM MICHAEL BROWN RE FACT THAT HIS | | | | W | D T | 1 | H00239 |

```
08/15/05                                    KIRTON & MCCONKIE                              09.13.36-08/15/05
                                            DRAFT STATEMENT                                        PAGE      9

    CLIENT    11425  STEIMKE, JENNIFER
    MATTER CT    1  CONTINGENCY TYPE A

** UNBILLED HOURS AND FEES ***********************************************************************************
```

| NAME | DATE | HOURS | DESCRIPTION | RATE | FEES | CUMULATIVE | LOC | ACTION | SEQ | JOB |
|------|------|-------|-------------|------|------|------------|-----|--------|-----|-----|
| WAHLQUIST, DAVID M. | 12/21/04 | .20 | SON IS VERY ILL AND THEY HAVE BEEN IN FRANCE AND MAY HAVE TO RETURN TO FRANCE ON A MOMENT'S NOTICE. | | | | W | D | 1 | H00239 |
| WAHLQUIST, DAVID M. | 01/17/05 | .50 | CONFER WITH DENNIS RE: DEPOSITIONS | | | | W | D | 1 | H00239 |
| WAHLQUIST, DAVID M. | 01/17/05 | .10 | REVIEW TAPE EXCERPTS | | | | W | D | 1 | H00248 |
| WAHLQUIST, DAVID M. | 01/18/05 | .40 | CONFER WITH JENNIFER RE: STATUS OF CASE AND SETTLEMENT POSTURE | | | | W | D | 1 | H00248 |
| WAHLQUIST, DAVID M. | 01/31/05 | .10 | CONFER WITH DENNIS RE: RECORDINGS | | | | W | D | 1 | H00254 |
| WAHLQUIST, DAVID M. | 02/07/05 | .10 | CONFER WITH DENNIS RE: TAPES | | | | W | D | 1 | H00257 |
| WAHLQUIST, DAVID M. | 02/22/05 | .10 | CONFER WITH DENNIS RE: TAPES | | | | W | D | 1 | H00261 |
| WAHLQUIST, DAVID M. | 02/26/05 | .30 | REVIEW CORRESPONDENCE FROM DENNIS RE: TAPES | | | | W | D | 1 | H00262 |
| WAHLQUIST, DAVID M. | 04/29/05 | .20 | REVIEW MOTION FOR SUMMARY JUDGMENT | | | | W | D | 1 | H00262 |
| WAHLQUIST, DAVID M. | 05/02/05 | 4.50 | DRAFT RESPONSE TO THIRD MOTION FOR SUMMARY JUDGMENT | | | | W | D | 1 | H00284 |
| WAHLQUIST, DAVID M. | 05/03/05 | 4.80 | DRAFT MEMORANDUM IN SUPPORT OF MOTION | | | | W | D | 1 | H00287 |
| FRAZIER, RYAN B. | 05/04/05 | 4.80 | DRAFT MEMOS IN SUPPORT OF CROSS MOTION | | | | W | D | 1 | H00287 |
| FRAZIER, RYAN B. | 05/05/05 | 1.20 | RESEARCHING WHAT CONSTIUTES CONSIDERATION IN SUPPORT OF A PROMISSORY NOTE | | | | W | D | 1 | H00289 |
| WAHLQUIST, DAVID M. | 05/05/05 | 8.00 | FINALIZE MEMORANDUM IN OPPOSITION TO THIRD MOTION FOR SUMMARY JUDGMENT | | | | W | D | 1 | H00287 |
| | | | RESEARCHING WHETHER A PROMISE TO PARTY ISSUING PROMISSORY NOTE TO THIRD PARTY CAN SERVE AS CONSIDERATION FOR PROMISSORY NOTE; RESEARCHING WHETHER ANTECEDENT DEBT CAN SERVE AS CONSIDERATION FOR A PROMISSORY NOTE | | | | | | 1 | H00289 |
| FRAZIER, RYAN B. | 05/06/05 | 3.60 | FINALIZE MEMORANDA | | | | W | D | 1 | H00289 |
| WAHLQUIST, DAVID M. | 05/06/05 | 1.70 | CALL QUESENBERRY IN RESPONSE TO REQUEST FOR EXTENSION | | | | W | D | 1 | H00287 |
| WAHLQUIST, DAVID M. | 05/31/05 | .10 | REVIEW REPLY BRIEF | | | | W | D | 1 | H00295 |
| WAHLQUIST, DAVID M. | 06/01/05 | .10 | DRAFT REPLY BRIEF | | | | W | D | 1 | H00295 |
| WAHLQUIST, DAVID M. | 06/10/05 | 5.30 | DRAFT REPLY BRIEF | | | | W | D | 1 | H00297 |
| WAHLQUIST, DAVID M. | 06/13/05 | 4.30 | PREPARE REPLY BRIEF | | | | W | D | 1 | H00299 |
| WAHLQUIST, DAVID M. | 06/15/05 | 5.40 | PREPARE FOR AND ATTEND HEARING ON CROSS MOTIONS FOR SUMMARY JUDGMENT | | | | W | D | 1 | H00300 |

08/15/05

KIRTON & MCCONKIE
DRAFT STATEMENT

09.13.36-08/15/05
PAGE    10

CLIENT    11425  STEIMKE, JENNIFER
MATTER CT    1 CONTINGENCY TYPE A

** UNBILLED HOURS AND FEES **

| NAME | DATE | HOURS | DESCRIPTION | RATE | FEES | CUMULATIVE LOC ACTION SEQ JOB |
|---|---|---|---|---|---|---|
| DAHLQUIST, DAVID M. | 08/02/05 | 1.00 | REVIEW RULING; CONFER WITH DENNIS RE: RULING | | | W D T 1 H00316 |
| HOUSE ATTORNEY | | | | | | W D T 1 H00316 |
| HOUSE ATTORNEY | | | | | | W D T 1 H00316 |
| DAHLQUIST, DAVID M. | 08/03/05 | .20 | CONFER WITH STEVE QUESENBERRY RE: STIPULATION | | | W D T 1 H00316 |

TOTAL HOURS    140.20

--------

** UNBILLED DISBURSEMENTS **

| NAME | DATE | DETAILS | REF | AMOUNT | CUMULATIVE TYPE ACT SEQ JOB |
|---|---|---|---|---|---|
| HOUSE ATTORNEY | 05/06/05 | MESSENGER SERVICE | | 55.55 | 55.55 33 W D T 5 D82717 |
| HOUSE ATTORNEY | 06/13/05 | LONG DISTANCE TELEPHONE 1-801-375-3865 | | .16 | 55.71 6 W D T 1 K82611 |
| HOUSE ATTORNEY | 06/13/05 | PHOTOCOPIES 6568 | | 16.80 | 72.51 14 W D T 2 K82612 |
| HOUSE ATTORNEY | 06/15/05 | PHOTOCOPIES 6568 | | .60 | 73.11 14 W D T 1 K82636 |
| HOUSE ATTORNEY | 06/15/05 | PHOTOCOPIES 6568 | | 1.56 | 74.67 14 W D T 2 K82636 |
| HOUSE ATTORNEY | 06/15/05 | PHOTOCOPIES 6568 | | 4.56 | 79.23 14 W D T 3 K82636 |
| HOUSE ATTORNEY | 06/15/05 | PHOTOCOPIES 2818 | | 1.44 | 80.67 14 W D T 4 K82636 |
| HOUSE ATTORNEY | 06/15/05 | PHOTOCOPIES 2818 | | 1.56 | 82.23 14 W D T 5 K82636 |
| HOUSE ATTORNEY | 08/02/05 | PHOTOCOPIES 6568 | | 2.04 | 84.27 14 W D T 1 K82986 |

*  MATTER STATEMENT HISTORY  ************************************************************

| DATE | NUMBER TYPE | FEES | VARIANCE DISBURSEMENTS AMOUNT % | TOTAL | AMOUNT PAID/CREDIT | BALANCE UNPAID | DATE PAID | STMT CREDIT | INTEREST | JOB |
|---|---|---|---|---|---|---|---|---|---|---|
| 11/12/02 | 402032 R | | | 10.99 | 0+ | 10.99 | 10.99 | 11/14/02 | | S76328 |
| 01/13/03 | 406494 R | | | 41.90 | 0+ | 41.90 | 41.90 | 01/16/03 | | S76663 |
| 06/10/03 | 419543 R | | | 178.20 | 0+ | 178.20 | 178.20 | 06/17/03 | | S77561 |
| 06/30/03 | 422191 R | | | 3.36 | 0+ | 3.36 | 3.36 | 07/30/03 | | S77763 |

08/15/05

09.13.36-08/15/05

PAGE    S 1

1/
1/

KIRTON & MCCONKIE
DRAFT STATEMENT

11425 STEIMKE, JENNIFER
* CT     1 CONTINGENCY TYPE A

JENNIFER STEIMKE
220 RENAISSANCE PARKWAY NE 1302
ATLANTA GA  30308-2354

|  | | | | |
|---|---|---|---|---|
| STATEMENT # | | | | |
| * REQUESTED BY | | | | |
| * LAST REQUEST WAHLQUIST, DAVID M.    DATE | | | | |
| * RESPONSIBLE WAHLQUIST, DAVID M.  ASSIGNED WAHLQUIST, DAVID M. | | | | |

FROM 05/30/02 TO PROFESSIONAL SERVICES RENDERED
08/03/05 IN CONNECTION WITH

| NAME | RATE | HOURS | FEE | ADJUSTED FEE |
|---|---|---|---|---|
| * FRAZIER, RYAN B. | 4.80 | | .00 | |
| * WAHLQUIST, DAVID M. | 121.80 | | .00 | |
| * MECHAM, THOMAS A. | .50 | | .00 | |
| * ELLSWORTH, JAMES E. | .50 | | .00 | |
| * WAHLQUIST, ADAM | 2.00 | | .00 | |
| * PORTER, BETTY | 10.60 | | .00 | |
| * | | 140.20 | $.00 | |

| DISBURSEMENT TYPE | | AMOUNT |
|---|---|---|
| LONG DISTANCE TELEPHONE | | .16 |
| PHOTOCOPIES | | 28.56 |
| MESSENGER SERVICE | | 55.55 |
| Sub-total Dsbts | | 84.27 |
| Total Disbursements | | 84.27 |

| TOTAL STATEMENT | $84.27 |
|---|---|
| FEES | .00 |
| DISBURSEMENTS | 84.27 |

APPROVED BY _____   DATE _____

BILL ALL TIME _____   OR TO DATE _____   RATE _____   FORMAT 1 *
BILL ALL DISBURSEMENTS _____   OR TO DATE _____   ADDRESS _____   J *
BILL ON ACCOUNT _____   WRITE OFF _____   HOLD _____
COVERING LETTER REQUIRED _____   CLOSE CLIENT _____   MATTER _____
SEND COPY OF ACCOUNT TO

08/15/05                                KIRTON & MCCONKIE                    15.13.20-08/15/05
                                        DRAFT STATEMENT                              PAGE    1

CLIENT 990000103 MCDONALD, DANIEL J. (275)                                  DATE OPENED  04/19/00
MATTER NB    5 BARTER TIME

** UNBILLED HOURS AND FEES

| NAME | DATE | HOURS | DESCRIPTION | RATE | FEES | CUMULATIVE | LOC | ACTION | SEQ | JOB |
|---|---|---|---|---|---|---|---|---|---|---|
| MCDONALD, DANIEL J. | 07/09/04 | .90 | (DAVID M. WAHLQUIST) MEET WITH DAVE WAHLQUIST TO DISCUSS SUMMARY JUDGMENT MOTION AND RESPONSE STRATEGY. | | | | W | D | T | 1TH81348 |
| MCDONALD, DANIEL J. | 07/20/04 | .40 | (DAVID M. WAHLQUIST) REVIEW SUMMARY JUDGMENT MEMORANDUM IN MORE DETAIL. | | | | W | D | T | 1 H81348 |
| MCDONALD, DANIEL J. | 07/27/04 | 3.30 | (DAVID M. WAHLQUIST) REVIEW DEPOSITION TRANSCRIPT FOR DEPOSITION OF JAE FORSCHEN IN PREPARATION TO DRAFT MEMORANDUM IN OPPOSITION TO MOTION FOR SUMMARY JUDGMENT. | | | | W | D | T | 1 H81348 |
| MCDONALD, DANIEL J. | 07/28/04 | .60 | (DAVID M. WAHLQUIST) BEGIN REVIEWING FRANK DAVIS DEPOSITION TRANSCRIPT. | | | | W | D | T | 1 H81348 |
| MCDONALD, DANIEL J. | 07/29/04 | 7.90 | (DAVID M. WAHLQUIST) FINISH REVIEWING FRANK DAVIS DEPOSITION TRANSCRIPT. BEGIN RESEARCHING RELEVANT AUTHORITIES TO INCLUDE IN MEMO IN OPPOSITION TO SUMMARY JUDGMENT MOTION. BEGIN DRAFTING MEMORANDUM IN OPPOSITION TO SUMMARY JUDGMENT MOTION. CONTACT OPPOSING COUNSEL AND OBTAIN AN EXTENSION UNTIL AUGUST 20, 2004. | | | | W | D | T | 1 H81348 |
| MCDONALD, DANIEL J. | 07/30/04 | 5.50 | (DAVID M. WAHLQUIST) CONTINUE RESEARCHING AND PREPARING MEMORANDUM IN OPPOSITION TO MOTION FOR SUMMARY JUDGMENT. | | | | W | D | T | 1TH81348 |
| MCDONALD, DANIEL J. | 08/03/04 | .50 | (DAVID M. WAHLQUIST) REVIEW STATUS OF SUMMARY JUDGMENT RESPONSE WITH DAVID WAHLQUIST. CONTINUE WORKING ON MEMORANDUM IN OPPOSITION TO MOTION FOR SUMMARY JUDGMENT. | | | | W | D | T | 1 H81348 |
| MCDONALD, DANIEL J. | 08/05/04 | .60 | (DAVID M. WAHLQUIST) DRAFT AND FILE MOTION FOR EXTENSION OF TIME TO RESPOND TO SECOND MOTION FOR SUMMARY JUDGMENT AFTER NOT BEING ABLE TO GET SIGNATURES FROM OPPOSING COUNSEL. | | | | W | D | T | 1 H81348 |
| MCDONALD, DANIEL J. | 08/10/04 | 3.20 | (DAVID M. WAHLQUIST) REVIEW DEPOSITION | | | | W | D | T | 1TH81348 |

08/15/05

KIRTON & McCONKIE
DRAFT STATEMENT

15.13.20-08/15/05
PAGE    2

CLIENT 990000103 MCDONALD, DANIEL J.
MATTER NB   5  BARTER TIME

MCDONALD, DANIEL J. (275)

** UNBILLED HOURS AND FEES

| NAME | DATE | HOURS | DESCRIPTION | RATE | FEES | CUMULATIVE | LOC | ACTION | SEQ | JOB |
|---|---|---|---|---|---|---|---|---|---|---|
| MCDONALD, DANIEL J. | 08/11/04 | 2.00 | TRANSCRIPTS AND THEN REVISE STATEMENT OF FACTS TO CLARIFY AND HIGHLIGHT EVIDENCE THAT FRANK DAVIS HAD KNOWLEDGE THAT MICHELON TRUST MONIES WERE BEING USED TO FUND BUY-IN TO THE DEBT ELIMINATION SCHEME. | | | | | W D T | 1TH81348 | 1 H81348 1 H81348 1 H81348 1 H81348 1 H81348 1 H81348 |
| MCDONALD, DANIEL J. | 08/16/04 | 4.80 | (DAVID M. WAHLQUIST) CONTINUE DRAFTING MEMORANDUM IN OPPOSITION TO MOTION FOR SUMMARY JUDGMENT. | | | | | W D T | 1TH81348 | 1 H81348 1 H81348 1 H81348 |
| MCDONALD, DANIEL J. | 08/16/04 | | (DAVID M. WAHLQUIST) CONTINUE RESEARCHING AND PREPARING MEMORANDUM IN OPPOSITION TO MOTION FOR SUMMARY JUDGMENT. | | | | | W D T | 1TH81348 | 1 H81348 1 H81348 1 H81348 |
| MCDONALD, DANIEL J. | 08/17/04 | 2.10 | (DAVID M. WAHLQUIST) CONTINUE RESEARCHING AND DRAFTING MEMORANDUM IN OPPOSITION TO MOTION FOR SUMMARY JUDGMENT. | | | | | W D T | 1TH81348 | 1 H81348 1 H81348 1 H81348 |
| MCDONALD, DANIEL J. | 08/18/04 | 4.60 | (DAVID M. WAHLQUIST) FINISH DRAFTING INITIAL DRAFT OF MEMORANDUM IN OPPOSITION TO MOTION FOR SUMMARY JUDGMENT. REVIEW AND MAKE FIRST EDIT. UPDATE DAVE WAHLQUIST ON STATUS. | | | | | W D T | 1TH81348 | 1 H81348 1 H81348 1 H81348 1 H81348 |
| MCDONALD, DANIEL J. | 08/19/04 | 3.30 | (DAVID M. WAHLQUIST) UPDATE DAVE WAHLQUIST ON STATUS. MAKE FINAL EDITS ON BRIEF. ASSIGN LEGAL ASSISTANT TO CONDUCT CASE PULL SO I CAN MAKE FINAL REVIEW OF ALL CASES AND MAKE SURE ALL AUTHORITIES ARE ACCURATE AND UP TO DATE. | | | | | W D T | 1TH81348 | 1 H81348 1 H81348 1 H81348 1 H81348 |
| MCDONALD, DANIEL J. | 08/20/04 | 5.70 | (DAVID M. WAHLQUIST) REVISE AND FINALIZE MEMORANDUM IN OPPOSITION TO MOTION FOR SUMMARY JUDGMENT. DRAFT, REVISE AND FINALIZE RULE 56(F) AFFIDAVIT OF DAVID WAHLQUIST. MEET WITH DAVID WAHLQUIST TO REVIEW CHANGES NEEDED TO MEMORANDUM. | | | | | W D T | 1TH81348 | 1 H81348 1 H81348 1 H81348 1 H81348 1 H81348 |
| MCDONALD, DANIEL J. | 08/27/04 | .10 | (DAVID M. WAHLQUIST) COMMUNICATE WITH OPPOSING COUNSEL FOR DEADLINE TO FILE | | | | | W D T | 1TH81348 | 1 H81348 |

08/15/05

KIRTON & McCONKIE
DRAFT STATEMENT

15.13.20-08/15/05
PAGE    3

CLIENT 99000103 MCDONALD, DANIEL J. (275)
MATTER NB   5 BARTER TIME

** UNBILLED HOURS AND FEES *************************************************************************************

| NAME | DATE | HOURS | DESCRIPTION | RATE | FEES | CUMULATIVE | LOC | ACTION | SEQ | JOB |
|------|------|-------|-------------|------|------|------------|-----|--------|-----|-----|
| | | | REPLY BRIEF. COMMUNICATE STATUS TO DAVID | | | | | | 1 | H81348 |
| | | | WAHLQUIST. | | | | | | 1 | H81348 |
| MCDONALD, DANIEL J. 09/10/04 | .10 | | (DAVID M. WAHLQUIST) TELEPHONE | | | | W | D | T | 1TH81348 |
| | | | CONFERENCE WITH OPPOSING COUNSEL | | | | | | 1 | H81348 |
| | | | CONCERNING NEED FOR EXTENSION. | | | | | | 1 | H81348 |
| MCDONALD, DANIEL J. 10/29/04 | .10 | | (DAVID M. WAHLQUIST) REVIEW STATUS OF | | | | W | D | T | 1TH81348 |
| | | | SUMMARY JUDGMENT HEARING. | | | | | | 1 | H81348 |

TOTAL HOURS

-----
45.70
-----

Case 2:04-cv-00484-DAK Document 159 Filed 08/15/05 Page 23 of 30

08/15/05  
QPADEV-NDAVIS    ALL  
SELECTED DATA

**KIRTON & MCCONKIE**  
**CLIENT DISBURSEMENTS REPORT**

9.11.58-08/15/05  
PAGE 1  
FIRM 1

| LWR | DATE | DISBURSEMENT CODE | OFFC DEPT RESP | DETAILS | REF | AMOUNT | STAT | CLIENT & MATTER JOB# | SEQ |
|---|---|---|---|---|---|---|---|---|---|
| CT | | | | | | | | | |
| | 11425 | 1 | STEIMKE, JENNIFER | | | | | | |
| | 1 | | CONTINGENCY TYPE A | DMW | DMW | | | | |
| DMW | 09/04/02 | 4 | FEDERAL EXPRESS, DHL, UPS, ETC. | | FED X - 9/4 JENNIFER STEIMK 33945 | 10.99 | B | D76218 | 1 |
| KM | 12/06/02 | 14 | PHOTOCOPIES | | 2818 | 1.32 | B | K76507 | 1 |
| KM | 12/06/02 | 14 | PHOTOCOPIES | | 2818 | 2.16 | B | K76507 | 2 |
| KM | 12/06/02 | 14 | PHOTOCOPIES | | 2818 | 9.00 | B | K76507 | 3 |
| KM | 12/06/02 | 14 | PHOTOCOPIES | | 2818 | 24.12 | B | K76507 | 4 |
| KM | 12/09/02 | 1 | POSTAGE | | | 5.30 | B | K76507 | 4 |
| KM | 05/23/03 | 14 | PHOTOCOPIES | | | 28.20 | B | D76554 | 1 |
| KM | 05/30/03 | 32 | FILING FEES | | KEY BANK - US DISTRICT COUR 53243 | 150.00 | B | E77533 | 1 |
| KM | 06/12/03 | 14 | PHOTOCOPIES | | | 1.44 | B | E77615 | 1 |
| KM | 06/25/03 | 14 | PHOTOCOPIES | | 3233 | 1.44 | B | K77711 | 1 |
| KM | 06/27/03 | 14 | PHOTOCOPIES | | 3233 | .48 | B | K77742 | 1 |
| KM | 09/04/03 | 14 | PHOTOCOPIES | | 3233 | 7.92 | B | K78176 | 1 |
| KM | 09/04/03 | 14 | PHOTOCOPIES | | 3233 | .72 | B | K78176 | 2 |
| KM | 10/07/03 | 14 | PHOTOCOPIES | | | .72 | B | D78376 | 1 |
| KM | 10/13/03 | 14 | PHOTOCOPIES | | 3233 | .96 | B | D78428 | 1 |
| KW | 10/13/03 | 14 | PHOTOCOPIES | | | .04 | B | D78547 | 1 |
| KW | 10/29/03 | 6 | LONG DISTANCE TELEPHONE | | | .08 | B | K78547 | 2 |
| KW | 10/29/03 | 6 | LONG DISTANCE TELEPHONE | | | .48 | B | K78628 | 1 |
| KM | 11/11/03 | 14 | PHOTOCOPIES | | 3233 | 1.68 | B | K78636 | 1 |
| KM | 11/12/03 | 14 | PHOTOCOPIES | | 3233 | .12 | B | K78653 | 1 |
| KM | 11/13/03 | 14 | PHOTOCOPIES | | 3233 | .12 | B | K78653 | 2 |
| KM | 11/13/03 | 14 | PHOTOCOPIES | | 3233 | 1.92 | B | K78653 | 2 |
| RW | 11/21/03 | 6 | LONG DISTANCE TELEPHONE | | 1-561-989-5456 | .27 | B | K78925 | 1 |
| KM | 11/25/03 | 11 | PHOTOCOPIES OF DOCUMENTS & CERTIFIED | | WACHOVIA LEG DIV - DOCUMENT 3150 | 31.50 | B | 278978 | 1 |
| KM | 02/12/04 | 11 | PHOTOCOPIES OF DOCUMENTS & CERTIFIED | | WACHOVIA LEG DIV - DOCUMENT 14700 | 147.00 | B | 278438 | 1 |
| KM | 02/19/04 | 14 | PHOTOCOPIES | | 2818 | 117.24 | B | K79432 | 1 |
| KM | 02/27/04 | 14 | PHOTOCOPIES | | 2818 | 4.68 | B | K79495 | 1 |
| KM | 02/27/04 | 14 | PHOTOCOPIES | | 2818 | 14.88 | B | K79495 | 2 |
| KM | 02/27/04 | 14 | PHOTOCOPIES | | 2818 | 34.20 | B | K79495 | 3 |
| KM | 02/27/04 | 14 | PHOTOCOPIES | | 2818 | 10.44 | B | K79495 | 4 |
| KW | 02/27/04 | 6 | LONG DISTANCE TELEPHONE | | 1-801-375-6600 | .11 | B | K79496 | 5 |
| KM | 03/09/04 | 1 | POSTAGE | | | 11.05 | B | D79554 | 1 |
| KM | 04/06/04 | 1 | POSTAGE | | | 3.95 | B | D79735 | 1 |
| KM | 04/14/04 | 1 | POSTAGE | | | 4.42 | B | D79794 | 1 |
| KM | 05/10/04 | 14 | PHOTOCOPIES | | | 1.44 | B | K79947 | 1 |
| KM | 05/11/04 | 14 | PHOTOCOPIES | | 8970 | .36 | B | K79947 | 1 |
| KM | 05/13/04 | 14 | PHOTOCOPIES | | 8970 | 30.60 | B | K79977 | 1 |
| KM | 05/20/04 | 6 | LONG DISTANCE TELEPHONE | | 1-801-375-6600 | .06 | B | K80042 | 1 |

```
08/15/05                              KIRTON & MCCONKIE                    9:11:58-08/15/05
QPADEV-NDAVIS                    CLIENT DISBURSEMENTS REPORT                     PAGE  2
SELECTED DATA    ALL                                                            FIRM
```

| CLIENT & MATTER NUMBER & NAME | | | OFFC DEPT RESP DETAILS | REF | CLIENT & MATTER AMOUNT STAT JOB# SEQ |
|---|---|---|---|---|---|
| LWR | DATE | DISBURSEMENT CODE | | | |

| Resp | DATE | CODE | DISBURSEMENT | DETAILS | REF | AMOUNT | STAT | JOB# | SEQ |
|---|---|---|---|---|---|---|---|---|---|
| CT | 11425 | 1 | STEIMKE, JENNIFER | | | | | | |
| | | | CONTINGENCY TYPE A | DMW DMW | | | | | ...../CONTINUED |
| KM | 05/24/04 | 14 | PHOTOCOPIES | | | 23.88 | B | K80057 | 1 |
| DMW | 05/24/04 | 34 | DEPOSITIONS/TRANSCRIPTS | 2818 | REPORTERS INC - DEPOSITION/ 2535 | 436.35 | B | Z80033 | 2 |
| KM | 05/25/04 | 14 | PHOTOCOPIES | 8970 | | 1.80 | B | K80063 | 1 |
| KM | 06/04/04 | 14 | PHOTOCOPIES | 2818 | | 6.84 | B | K80128 | 1 |
| KM | 06/04/04 | 14 | PHOTOCOPIES | 8970 | | 8.52 | B | K80128 | 2 |
| KM | 06/04/04 | 14 | PHOTOCOPIES | 8970 | | 35.04 | B | K80128 | 3 |
| KM | 06/07/04 | 14 | PHOTOCOPIES | 8970 | | .12 | B | K80128 | 4 |
| DMW | 06/08/04 | 34 | DEPOSITIONS/TRANSCRIPTS | | REPORTERS INC - DEPOSITION/ 2502 | 791.00 | B | Z80033 | 1 |
| KM | 06/21/04 | 14 | PHOTOCOPIES | 8970 | | 30.96 | B | K80241 | 1 |
| KM | 07/06/04 | 14 | PHOTOCOPIES | 6568 | | 1.92 | B | K80373 | 1 |
| KM | 07/09/04 | 14 | PHOTOCOPIES | 6568 | | 4.32 | B | K80373 | 2 |
| KM | 07/14/04 | 14 | PHOTOCOPIES | 2818 | | .12 | B | K80395 | 1 |
| KM | 07/20/04 | 14 | PHOTOCOPIES | | | 9.00 | B | K80469 | 1 |
| DMW | 07/29/04 | 2 | COMPUTER LEGAL RESEARCH-WESTLAW | | | 215.54 | B | K80543 | 1 |
| DMW | 07/30/04 | 2 | COMPUTER LEGAL RESEARCH-WESTLAW | | | 119.50 | B | K80543 | 2 |
| KM | 08/04/04 | 6 | LONG DISTANCE TELEPHONE | 70 | 1-801-375-3865 | .04 | B | K80561 | 1 |
| KM | 08/04/04 | 14 | PHOTOCOPIES | | | .72 | B | K80562 | 1 |
| KM | 08/05/04 | 14 | PHOTOCOPIES | 3749 | | 2.16 | B | K80562 | 2 |
| DMW | 08/17/04 | 2 | COMPUTER LEGAL RESEARCH-WESTLAW | | | 7.47 | B | K80713 | 1 |
| DMW | 08/18/04 | 2 | COMPUTER LEGAL RESEARCH-WESTLAW | 3749 | | .60 | B | K80713 | 2 |
| KM | 08/20/04 | 14 | PHOTOCOPIES | 3749 | | 10.20 | B | K80348 | 1 |
| KM | 08/20/04 | 14 | PHOTOCOPIES | 3749 | | 79.68 | B | K80348 | 2 |
| KM | 08/20/04 | 14 | PHOTOCOPIES | | | 14.40 | B | K80348 | 3 |
| KM | 08/20/04 | 1 | POSTAGE | | | 12.00 | B | D80634 | 4 |
| DMW | 08/20/04 | 2 | COMPUTER LEGAL RESEARCH-WESTLAW | | | 11.53 | B | K80713 | 5 |
| KM | 08/27/04 | 6 | LONG DISTANCE TELEPHONE | | 1-801-375-6600 | .21 | B | K80694 | 1 |
| KM | 08/27/04 | 6 | LONG DISTANCE TELEPHONE | | 1-801-375-6600 | .07 | B | K80694 | 2 |
| KM | 10/01/04 | 6 | LONG DISTANCE TELEPHONE | | 1-703-836-0362 | .12 | B | K80976 | 1 |
| KM | 10/01/04 | 6 | LONG DISTANCE TELEPHONE | 6568 | | 1.44 | B | K80977 | 2 |
| KM | 11/04/04 | 14 | PHOTOCOPIES | 6568 | | 1.44 | B | K81162 | 1 |
| KM | 11/05/04 | 14 | PHOTOCOPIES | 6568 | | .60 | B | K81162 | 2 |
| KM | 11/05/04 | 14 | PHOTOCOPIES | 6568 | | 1.44 | B | K81162 | 1 |
| KM | 11/05/04 | 14 | PHOTOCOPIES | 6568 | | 1.44 | B | K81162 | 2 |
| KM | 11/05/04 | 14 | PHOTOCOPIES | 6568 | | 3.00 | B | K81162 | 3 |
| KM | 11/05/04 | 6 | LONG DISTANCE TELEPHONE | | 1-614-464-5459 | .82 | B | K81163 | 4 |
| KM | 11/05/04 | 6 | LONG DISTANCE TELEPHONE | | 1-703-519-7733 | .70 | B | K81163 | 5 |
| KM | 11/05/04 | 6 | LONG DISTANCE TELEPHONE | | 1-614-464-6389 | .14 | B | K81163 | 6 |
| KM | 11/05/04 | 6 | LONG DISTANCE TELEPHONE | | 1-614-464-6344 | .76 | B | K81163 | 7 |

Case 2:03-cv-00487-DAK   Document 59   Filed 08/17/05   Page 25 of 30

```
08/15/05                                    KIRTON & MCCONKIE                           9:11:58-08/15/05
QPADEV-NDAVIS    ALL                   CLIENT DISBURSEMENTS REPORT                              PAGE  3
SELECTED DATA                                                                                    FIRM
CLIENT & MATTER NUMBER & NAME          OFFC DEPT RESP                              CLIENT & MATTER
LWR  DATE  DISBURSEMENT CODE                     DETAILS                 REF     AMOUNT STAT CLIENT JOB# SEQ
```

| CT | DATE | CODE | DISBURSEMENT | DETAILS | REF | AMOUNT | STAT | CLIENT JOB# | SEQ |
|---|---|---|---|---|---|---|---|---|---|
| 11425 STEIMKE, JENNIFER | | | | DMW | | | | .../CONTINUED | |
| 1 CONTINGENCY TYPE A | | | | DMW | | | | | |
| KM | 11/05/04 | 6 | LONG DISTANCE TELEPHONE | 1-614-464-5459 | | .30 | B | K81163 | 8 |
| KM | 11/09/04 | 14 | PHOTOCOPIES | | | .12 | B | K81162 | 1 |
| KM | 11/10/04 | 14 | PHOTOCOPIES | 6568 | | 1.08 | B | K81195 | 1 |
| KM | 11/12/04 | 4 | FEDERAL EXPRESS, DHL, UPS, ETC. | 6568 | FEDERAL EXPRESS - FEDERAL E 97656 | 25.50 | B | K81292 | 2 |
| KM | 11/24/04 | 6 | LONG DISTANCE TELEPHONE | 1-614-464-6268 | | .43 | B | K81292 | 1 |
| KM | 11/24/04 | 6 | LONG DISTANCE TELEPHONE | 1-614-461-1516 | | .23 | B | K81292 | 2 |
| KM | 11/24/04 | 6 | LONG DISTANCE TELEPHONE | 1-614-451-0203 | | .08 | B | K81292 | 3 |
| KM | 11/24/04 | 14 | PHOTOCOPIES | 6568 | | 1.92 | B | K81309 | 1 |
| KM | 11/29/04 | 6 | LONG DISTANCE TELEPHONE | 1-614-461-1516 | | .25 | B | K81310 | 2 |
| KM | 12/02/04 | 6 | LONG DISTANCE TELEPHONE | 1-614-939-9506 | | .07 | B | K81357 | 1 |
| KM | 12/13/04 | 14 | PHOTOCOPIES | 7098 | | 9.72 | B | K81380 | 1 |
| KM | 12/13/04 | 14 | PHOTOCOPIES | 7098 | | 23.76 | B | K81380 | 2 |
| KM | 12/13/04 | 14 | PHOTOCOPIES | 7098 | | 5.88 | B | K81380 | 3 |
| DMW | 12/20/04 | 34 | DEPOSITIONS/TRANSCRIPTS | PM PRODUCTIONS - VIDEO DEPO 491PM | | 595.24 | B | Z81388 | 1 |
| DMW | 12/22/04 | 43 | TRAVEL EXPENSES | DAVID M WAHLQUIST - TRAVEL 70630 | | 781.85 | B | E81458 | 1 |
| DMW | 01/01/05 | 34 | DEPOSITIONS/TRANSCRIPTS | PROF REPORTERS - TRANSCRIPT 18552 | | 748.25 | B | Z81883 | 1 |
| KM | 02/25/05 | 56 | OUTSIDE LEGAL SERVICES | VORYS SATER SEYMOUR - OUTSI 54000 | | 1,151.66 | B | Z82228 | 1 |
| KM | 05/05/05 | 2 | COMPUTER LEGAL RESEARCH-WESTLAW | | | 220.08 | B | K82569 | 1 |
| KM | 05/06/05 | 14 | PHOTOCOPIES | 2818 | | 7.32 | B | K82394 | 1 |
| KM | 05/06/05 | 14 | PHOTOCOPIES | 2818 | | 55.32 | B | K82394 | 2 |
| KM | 05/06/05 | 14 | PHOTOCOPIES | 2818 | | 64.08 | B | K82394 | 3 |
| KM | 05/06/05 | 2 | COMPUTER LEGAL RESEARCH-WESTLAW | | | 504.94 | B | K82569 | 4 |
| DMW | 05/06/05 | 33 | MESSENGER SERVICE | | | 55.55 | B | D82717 | 1 |
| KM | 05/06/05 | 6 | LONG DISTANCE TELEPHONE | 1-801-375-6600 | | .04 | B | K82536 | 1 |
| KM | 05/26/05 | 14 | PHOTOCOPIES | | | 6.60 | B | K82537 | 2 |
| KM | 06/13/05 | 6 | LONG DISTANCE TELEPHONE | 1-801-375-3865 | | .16 | B | K82611 | 1 |
| KM | 06/13/05 | 14 | PHOTOCOPIES | 6568 | | 16.80 | B | K82612 | 2 |
| KM | 06/15/05 | 14 | PHOTOCOPIES | 6568 | | .60 | B | K82636 | 1 |
| KM | 06/15/05 | 14 | PHOTOCOPIES | 6568 | | 1.56 | B | K82636 | 2 |
| KM | 06/15/05 | 14 | PHOTOCOPIES | 6568 | | 4.56 | B | K82636 | 3 |
| KM | 06/15/05 | 14 | PHOTOCOPIES | 2818 | | 1.44 | B | K82636 | 4 |
| KM | 06/15/05 | 14 | PHOTOCOPIES | 2818 | | 1.56 | B | K82636 | 5 |
| KM | 08/02/05 | 14 | PHOTOCOPIES | 6568 | | 2.04 | B | K82986 | 1 |

```
                                                    TOTAL CLIENT   11425        6,784.73
                                                    TOTAL UNBILLED                  84.27
                                                    TOTAL BILLED                 6,700.46
```

```
08/15/05                          KIRTON & MCCONKIE                    9:11:58-08/15/05
QPADEV-NDAVIS      ALL       CLIENT DISBURSEMENTS REPORT                      PAGE   4
SELECTED DATA                                                                    FIRM
CLIENT & MATTER NUMBER & NAME        OFFC DEPT RESP                   CLIENT & MATTER
LWR   DATE   DISBURSEMENT CODE       DETAILS                    REF   AMOUNT STAT JOB# SEQ
----------------------------------------------------------------------------------------

CT   11425       STEIMKE, JENNIFER          DMW
      1      CONTINGENCY TYPE A             DMW
                                          TOTAL WRITTEN-OFF
                                          TOTAL TRANSFERRED                .../CONTINUED
```

*Itemization of Costs*

| | | | |
|---|---|---|---|
| Ryan Frazier, attorney | 4.8 hrs. x $175.00 = | $ | 840.00 |
| David M. Wahlquist, attorney | 121.8 hours x $275.00 = | | 33,499.00 |
| James E. Ellsworth, attorney | .5 hrs. x $205.00 = | | 102.50 |
| Thomas A. Mecham, attorney | .5 hrs. x $200.00 = | | 100.00 |
| Daniel J. McDonald, attorney | 45.7 hrs. x $190.00 = | | 8,683.00 |
| Adam Wahlquist, legal assistant | 2.0 hrs. x $25.00 = | | 50.00 |
| Betty Porter, legal assistant | 10.6 hrs. x $110.00 = | | 1,166.00 |
| | **Total** | **$ | 44,440.50** |

David M. Wahlquist (Bar No. 3349)
**KIRTON & McCONKIE**
1800 Eagle Gate Tower
60 East South Temple
P.O. Box 45120
Salt Lake City, UT 84145-0120

Attorneys for Plaintiff

---

## IN THE UNITED STATES DISTRICT COURT

## STATE OF UTAH, CENTRAL DIVISION

---

| | | |
|---|---|---|
| JENNIFER STEIMKE, as trustee of the ODETTE GRAHAM TRUST, sole beneficiary of the MICHELON FAMILY TRUST, and sole devisee and representative of the ESTATE OF LYNDA STEIMKE MICHELON, | : : : : : : | **FINAL JUDGMENT AGAINST FRANK L. DAVIS, FIRST HARVEST, LLC AND HARVEST MARKETING, LLC** |
| Plaintiff, | : : | |
| v. | : : | Case No. 2:03CV-0487 |
| JAE FORSCHEN, DAVID J. ORR, individually and dba WORLD CONTRACTUAL SERVICES, HARVEST MARKETING, L.L.C., FIRST HARVEST, L.L.C., FRANK L. DAVIS, and JOHN DOES 1 through 10, | : : : : : : : : | Judge Dale A. Kimball |
| Defendants. | : : | |

---

Plaintiff's Motion For Entry of Judgment having come before the Court, the Court having

issued its Memorandum Decision and Order dated August 2, 2005 granting Plaintiff's Motion

For Partial Summary Judgment and having reviewed Plaintiff's motion documents, Affidavit and Memorandum of Fees and Costs, and Bill of Costs, and being advised in the premises,

THE COURT HEREBY ORDERS as follows:

1.      Judgment is hereby granted in favor of Plaintiff Jennifer Steimke against defendants Frank L. Davis, Harvest Marketing, LLC, and First Harvest, LLC jointly and severally on Plaintiff's Eighteenth Cause of Action in the amount of $626,784.73 plus late fees/interest in the amount of $1,000 per week from September 29, 2005 until paid in full.

2.      The Court expressly directs entry of judgment in said amount as a final judgment pursuant to Rule 54(b) on the ground that it has completely adjudicated Plaintiff's Eighteenth Cause of Action.  Moreover, the Court notes that Plaintiff has stipulated to dismiss all other claims in her complaint against Frank L. Davis, Harvest Marketing, LLC and First Harvest, LLC to become effective upon this Judgment becoming final and non-appealable.  Therefore, directing entry of this Judgment will at least resolve all claims against the parties against which Judgment is entered and may even obviate the need for a trial in this matter, thus conserving the resources of the Court and the parties.  For these reasons, the Court finds that there is no just reason for delay in having this Judgment become final.

Dated this _____ day of _____, 2005.

BY THE COURT:

_____
Honorable Dale A. Kimball
United States District Judge

2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this _16th_ day of August, 2005, I caused to be served a

true copy of the foregoing **FINAL JUDGMENT** by the method indicated below, to the

following:

Stephen Quesenberry
HILL, JOHNSON & SCHMUTZ, L.C.
Jamestown Square
3319 North University Avenue
Provo, UT 84604
Attorneys for Defendants Frank Davis, Harvest
Marketing, LLC and First Harvest, LLC

(✓) U.S. Mail, Postage Prepaid
( ) Hand Delivered
( ) Overnight Mail
( ) Facsimile


David J. Orr, Pro Se
5449 Suntree Avenue
West Valley, UT 84120

(✓) U.S. Mail, Postage Prepaid
( ) Hand Delivered
( ) Overnight Mail
( ) Facsimile


Jae Forschen, Pro Se
406 East 3335 South, Apt. 16
Salt Lake City, UT 84115

(✓) U.S. Mail, Postage Prepaid
( ) Hand Delivered
( ) Overnight Mail
( ) Facsimile


_David Midahlquist_

3