FILED
U.S. DISTRICT COURT

2005 SEP 27  P 3:57

DISTRICT OF UTAH

BY: _____
       DEPUTY CLERK

RECEIVED CLERK

SEP 27 2005

U.S. DISTRICT COURT

**STEPHEN QUESENBERRY (8073)**
**J. BRYAN QUESENBERRY (9156)**
**HILL, JOHNSON & SCHMUTZ, L.C.**
Jamestown Square
3319 North University Avenue
Provo, Utah 84604
Telephone (801) 375-6600

**Attorneys for Defendants Frank L. Davis, Harvest Marketing, LLC, and First Harvest, LLC**

IN THE UNITED STATES DISTRICT COURT
STATE OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| JENNIFER STEIMKE, as trustee of the ODETTE GRAHAM TRUST, sole beneficiary of the MICHELON FAMILY TRUST, and sole devisee and representative of the ESTATE OF LYNDA STEIMKE MICHELON,<br><br>Plaintiffs,<br><br>JAE FORSCHEN, DAVID J. ORR, individually and dba WORLD CONTRACTUAL SERVICES, HARVEST MARKETING, L.L.C., FIRST HARVEST MARKETING, L.L.C., FRANK L. DAVIS, and JOHN DOES 1 through 10,<br><br>Defendants. | STIPULATED ORDER FOR DISMISSAL<br><br><br><br><br><br><br><br><br><br><br><br><br><br>Case No. 2:03CV00487 DAK<br><br>Judge Dale A. Kimball |

The Court, having considered the Stipulated Motion for Dismissal of Plaintiffs and Defendants Frank L. Davis, Harvest Marketing, LLC and First Harvest, LLC's, and being fully informed in the matter, hereby ORDERS as follows:

1. All claims and counterclaims between Plaintiffs and Defendants Frank L. Davis, Harvest Marketing, LLC and First Harvest, LLC are hereby DISMISSED with prejudice (and all other claims against other defendants are specifically reserved); and

2. Each party shall bear its own attorneys fees and costs.

DATED this 27th day of September, 2005.

BY THE COURT:

Judge Dale A. Kimball
U.S. DISTRICT COURT JUDGE

Approved as to Form:

STEPHEN QUESENBERRY
Attorneys for Defendants

DAVID M. WAHLQUIST
JAMES E. ELLSWORTH
Attorney for Plaintiffs